UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number 08-    -CIV-

(State Court Case No. 08-00199603)

**08-CV-60994-Zloch-Snow**

CAROLYN WASOWICZ,

           Plaintiff,

v.

MATTHEW FOSTER, et. al.,

           Defendants.

_____/

### NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Southern District of Florida:

**PLEASE TAKE NOTICE:**

1. That an employee of the United States has been named as a defendant in a complaint in a civil action now pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. The state court Civil Action Number is 08-00199603.

2. A copy of the Summons served upon the employee is attached hereto as "Exhibit A". Plaintiff also served discovery requests including a request for Admissions and a Request for Production. (Not attached).

3. The federal employee was served with a copy of the summons on May 28, 2008. No administrative claim was attached to the summons and complaint.

4. Pursuant to the Federal Tort Claims Act ("FTCA"), negligence actions against federal employees acting within the course and scope of their employment are without jurisdictional basis as only the United States can be defendant in such cases. See 28 U.S.C. §1346 (b)(1) and §2671 et. seq. These employees, therefore, are not subject to suit in negligence actions but are substituted as defendant by the United States. Agent Foster was acting within the curse and scope of his employment at the time of this incident. Additionally, not only are these federal employees to be substituted as defendant by the United States, but suit against the sovereign can only be lodged in federal district court. FTCA; 28 U.S.C. 1341(b)(1). The district court has original jurisdiction of negligence actions against the United States.

5. Title 28, §1441 (a) of the United States Code provides for removal of any civil action brought in a state court of which the district courts of the United States have original jurisdiction.

6. Pursuant to Title 28, United States Code § 1442(a)(1), this civil action, which was brought in state court against an employee of the United States, may be removed to federal district court. Section 1442(a)(1) provides for removal of any action against a federal employees.

For the foregoing reasons, the United States notices this court that the above-captioned action pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, is removed to this court.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
MARILYNN KOONCE LINDSEY
Assistant United States Attorney
Florida Bar No. 23057
500 East Broward Boulevard; Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5770
Fax: (954) 356-7180
Marilynn.Lindsey@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Removal was served by electronic filing means and by mail this 27th of June, 2008 to the individuals listed on the attached service list.

_____
MARILYNN KOONCE LINDSEY
Assistant U.S. Attorney

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CAROLYN A. WASOWICZ,

      Plaintiff,         GENERAL JURISDICTION DIVISION

v.         CASE NO: 08001996 03

MATTHEW FOSTER, and MYRA GONZALEZ,

      Defendants.

_____/

**THE STATE OF FLORIDA:**

**TO EACH SHERIFF OF SAID STATE:**

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint, Requests for Admissions, and Requests for Production in this action on defendant: MATTHEW FOSTER

**BY SERVING:**     MATTHEW FOSTER
                      333 RIVERSIDE DRIVE
                      PASADENA, MD 21122-5034-33

Each defendant is required to serve written defenses to the Complaint on plaintiff's attorney, to wit:

                      Duane A. Crooks, Esq.
                      Law Office of Duane A. Crooks, LLC
                      13899 Biscayne Blvd., Suite 153
                      North Miami Beach, FL 33181
                      Telephone: (305) 341-3420

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

DATED ON    MAY 2 7 2008

                                          HOWARD C. FORMAN
                                          Clerk of said Court

(Court Seal)                               By:   NAJLA THOMAS
                                                        as Deputy Clerk

                                                            A TRUE COPY
                                                            Circuit Court Seal

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075.

## I. CASE STYLE

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Plaintiff, CAROLYN A. WASOWICZ        Case #: _____08001396_____

vs.                                   Judge: _____

Defendants, MATTHEW FOSTER, and MYRA GONZALEZ

## II. TYPE OF CASE    (Place an x in one box only.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| ☐ Simplified dissolution<br>☐ Dissolution<br>☐ Support – IV-D<br>☐ Support – Non IV-D<br>☐ URESA – IV-D<br>☐ Domestic violence<br>☐ Other domestic relations | ☐ Professional malpractice<br>☐ Products liability<br>☒ Auto negligence<br>☐ Other negligence | ☐ Contracts<br>☐ Condominium<br>☐ Real property/Mortgage foreclosure<br>☐ Eminent domain<br>☐ Other |

## III. Is Jury Trial Demanded in Complaint?
☒ Yes
☐ No

DATE 1/10/08        (PARTY INITIATING ACTION)

SIGNATURE OF ATTORNEY

DUANE A. CROOKS, ESQ.

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CAROLYN A. WASOWICZ,

    Plaintiff,

v.

GENERAL JURISDICTION DIVISION

CASE NO:

MATTHEW FOSTER, and MYRA GONZALEZ,

08001996

    Defendants.

_____/

## COMPLAINT FOR MONEY DAMAGES AND DEMAND FOR TRIAL BY JURY

Plaintiff, CAROLYN WASOWICZ, (hereinafter referred to as "Plaintiff"), sues Defendants, MATTHEW FOSTER and MYRA GONZALEZ (hereinafter referred to as "Defendants") and alleges:

### GENERAL ALLEGATIONS

1. This is an action in negligence seeking damages in excess of the jurisdictional minimum of this court, exclusive of interest and court costs.

2. Plaintiff, CAROLYN WASOWICZ, is an individual over the age of eighteen (18) residing in Broward County, Florida, and otherwise sui juris.

3. Defendant, MATTHEW FOSTER, is an individual over the age of eighteen (18) residing in Dade County, Florida, and otherwise sui juris.

4. Defendant, MYRA GONZALEZ, is an individual over the age of eighteen (18) residing in Broward County, Florida, and otherwise sui juris.

5. Venue is proper in Broward County, as the cause of action accrued in Broward County, Florida.

6. This Honorable Court has jurisdiction over this cause and the parties hereto.

A TRUE COPY
HOWARD C. FORMAN
CLERK OF CIRCUIT COURT(S)

7. On or about APRIL 29, 2005, Plaintiff, CAROLYN WASOWICZ, was the driver of a 2004 Jeep bearing license plate number X15VYW, and vehicle identification number, 1J4GK48K44W287426, which was traveling on State Road 821, in Broward County, Florida.

8. On or about APRIL 29, 2005 Defendant, MYRA GONZALEZ, was the driver of a 2001 Volkswagon motor vehicle, owned by ALEJANDRO GONZALEZ, bearing license plate number T12XTR, and vehicle identification number, 3VWRS29M91MD36476, which was traveling, on State Road 821, in Broward County, Florida.

9. On or about APRIL 29, 2005 Defendant, MATTHEW FOSTER, was the driver of a 2005 Dodge motor vehicle, bearing license plate number P053ZR, and vehicle identification number, 2D4GP44L25R170180, which was traveling, on State Road 821, in Broward County, Florida.

10. Defendant MATTHEW FOSTER was negligent and/or reckless in operating said vehicle upon the roadways on the aforementioned date so as to cause a violent rear end collision with a 2001 Volkswagon motor vehicle, bearing license plate number T12XTR, and vehicle identification number, 3VWRS29M91MD36476, driven by Defendant, MYRA GONZALEZ, thereby causing said vehicle to violently collide into the vehicle in which Plaintiff was an occupant, resulting in injuries to Plaintiff.

11. Defendant MYRA GONZALEZ was negligent in that she failed to keep and maintain a safe and adequate distance between her vehicle and Plaintiff's vehicle.

12. As a result of Defendants negligence Plaintiff sustained severe and grievous injuries, including but not limited to physical, emotional, and psychological trauma, as well as damages in the form of medical bills and out of pocket expenses.

2

13. At the time and place mentioned above, the Defendants owed a duty to Plaintiff to maintain and/or operate their vehicle in a safe manner so as to prevent harm to others traveling upon the roadways, and to keep and maintain a safe and adequate distance between vehicles operating upon said roadways.

14. At the time and place mentioned above the Defendants, negligently, carelessly and recklessly operated their vehicle so as to cause harm to Plaintiff as more specifically stated herein below.

15. As a direct and proximate result of the negligence of the Defendants as stated above, the Plaintiff was caused to suffer and will in the future be caused to suffer a loss of the ability to lead an ordinary life; and will be caused to suffer in the future a loss of earnings, and earning capacity; and was caused and will in the future be caused to undergo extensive medical care and treatment for the injuries sustained. The injuries described above have had a serious effect on Plaintiff's health and well being. As a result of these injuries, Plaintiff has suffered, and continues to suffer limitation of motion of the arms, back, legs and shoulders, nervousness, dizziness, nausea, extreme tiredness, and irritability, loss of the capacity for the enjoyment of life, and has undergone a severe change in personality. Several of these ill effects are permanent and will afflict the Plaintiff for the balance of her natural life. The specific injuries and their ill effects have, in turn, caused Plaintiff's physical and mental condition to deteriorate generally, so that the specific injuries and ill effects alleged have caused and will, in all reasonable probability, continue to cause Plaintiff to suffer the consequences of such deterioration throughout the balance of her natural life. Some of Plaintiff's injuries are latent and will manifest themselves in the future.

3

16. Alternatively, Plaintiff is entitled to applicable medical expenses and lost gross income and earning capacity not payable under any personal injury protection coverage, pursuant to Florida Statutes §627.736(1), 627.737(1) and 627.737(2) if it is determined there is no permanency of injury.

17. At all times material hereto, the injuries sustained by the Plaintiff, CAROLYN WASOWICZ, as a result of the subject accident, has exceeded all applicable No-Fault Thresholds in the State of Florida.

WHEREFORE, CAROLYN WASOWICZ demands judgment against the Defendants for damages and the court costs of this action, and such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff, in accordance with Rule 1.430, Florida Rules of Civil Procedure, requests a jury trial of all issues so triable.

LAW OFFICES OF DUANE A. CROOKS, LLC
Attorney for Plaintiff
13899 Biscayne Blvd, Suite 153
North Miami, FL 33181
Tel: (305) 341-3420
Facsimile: (305) 341-342

BY: _____
Duane A. Crooks, ESQ.
Florida Bar: 0672841

JERMAINE O'NEILL THOMPSON, P.A.
Co-Counsel Attorney for Plaintiff
9050 Pines Blvd., Ste. 480
Pembroke Pines, Florida 33024
Tel: 954-372-6191
Fax: 954-885-6503

_____
JERMAINE THOMPSON, ESQ.
Fla. Bar No.: 0010913

4

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Carolyn Wasowicz

**DEFENDANTS**
Matthew Foster et. al.,
(United States)

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Duane A. Crooks, Esq.
13899 Biscayne Blvd
North Miami Bch, Fl. 33181

Attorneys (If Known)
Marilynn K. Lindsey
Assistant U.S. Atty

**(d)** Check County Where Action Arose: ☐ DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08 CV 61994-WJ2-LSS

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS--Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act, 28 USC 1346 (b)(1)
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case) Auto Accident Personal Injury

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ N.A.
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
/s/ Marilynn Lindsey

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT WAIVED APPLYING IFP ___

10 of 10